# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. COLEMAN, | CASE NO. CV 09-9524-PA (PJW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| F.B. HAWS, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. Sec. 636, the Court has reviewed the First Amended Complaint, the records on file, and the Final Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

DATED: June 2, 2011

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE