UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. COLEMAN,<br><br>       Plaintiff,<br><br>       v.<br><br>F.B. HAWS, et al.,<br><br>       Defendants. | Case No. CV 09-9524-PA (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's claim challenging the legality of the double-cell policy is dismissed with prejudice and that the remaining claims are dismissed without prejudice.

DATED: June 2, 2011

                                           PERCY ANDERSON
                                           UNITED STATES DISTRICT JUDGE